IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| DORIS JEAN WILLIAMS, | ) | ORDER ON MOTION FOR LEAVE TO |
| | ) | PROCEED IN FORMA PAUPERIS |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion for Leave to Proceed in Forma Pauperis, filing 93, is granted.

Dated November 26, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge