IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| DORIS JEAN WILLIAMS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendant has filed a Motion to Reduce Sentence Pursuant to 18 U.S.C.S. § 3582(c)(1)(B), filing 91.  The court has developed procedures to deal with such a motion, which consists of (1) filing the motion, (2) appointing the Federal Public Defender as court-appointed counsel for the defendant, (3) setting a deadline for the probation office to provide a "Retroactive Sentencing Worksheet," and (4) setting a deadline for counsel of record to confer and do one of the following:

- A. File a stipulation containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence.
- B. In lieu of the stipulation provided in paragraph A, counsel for the government shall contact my judicial assistant and arrange a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

The motion was filed on November 4, 2010, filing 91.  A Text Order was entered appointing the Federal Public Defender as court-appointed counsel for Ms. Williams, document entry 92.  The supervising probation officer, by e-mail, has notified that Ms. Williams "received

the benefit of the crack retroactivity amendment 704 at the time of sentencing. . . . Consequently, our office will not be completing a retroactive worksheet as Ms. Williams is still subject to the 10 year statutory minimum sentence."

  IT IS ORDERED that on or before January 3, 2011, counsel of record shall confer and do one of the following:

    A. File a stipulation containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence.

    B. In lieu of the stipulation provided in paragraph A, counsel for the government shall contact my judicial assistant and arrange a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

Dated December 6, 2010.

          BY THE COURT

          s/ Warren K. Urbom
          United States Senior District Judge